AMELIA ALBERT, respondent,

*v.*

EMILY B. R. HAEBERLY, appellant.

[Submitted March 23d, 1908. Decided June 15th, 1908.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Grey, whose opinion is reported in *71 N. J. Eq.* (*1 Buch.*) *587.*

*Messrs. Garrison & Voorhees,* for the appellant.

*Messrs. Bourgeois & Sooy,* for the respondent.

PER CURIAM.

This cause was heard before the late Vice-Chancellor Grey, who expressed the view that the case was governed by the same legal principles that this court applied in a former litigation between the same parties (*Albert* v. *Haeberly, 68 · N. J. Eq. (2 Robb.) 664*).

We concur in that view, and the decree under review should therefore be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—16.

*For reversal*—None.